# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:20-cv-00373-SAB<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPENING BRIEF<br><br>(ECF No. 16) |

Plaintiff Grace Garcia ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act.  On December 30, 2020, a stipulation was filed to extend time for Plaintiff to file her opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before **February 3, 2021**;

2. Defendant shall file an opposition on or before **March 5, 2021**; and

3. Plaintiff's reply, if any, shall be filed on or before **March 22, 2021**.

IT IS SO ORDERED.

Dated:   **January 4, 2021**

UNITED STATES MAGISTRATE JUDGE