# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00373-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 18) |

Plaintiff Grace Garcia ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On December 30, 2020, a stipulation was filed to extend time for Plaintiff to file her opening brief which was granted and Plaintiff was to file her opening brief on or before February 3, 2021. (ECF Nos. 16, 17.) Plaintiff did not file her opening brief as ordered, and on February 4, 2021, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to comply with the January 4, 2021 order. (ECF No. 18.) On February 5, 2021, Plaintiff filed an opening brief and a response to the order to show cause. (ECF Nos. 19, 20.)

Having reviewed Plaintiff's response, the order to show cause shall be discharged. The Court shall extend the time for Defendant to file an opposition due to the late filing of the opening brief.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed February 4, 2021 is DISCHARGED;

2. Defendant shall file an opposition to Plaintiff's opening brief on or before **March 9, 2021**; and

3. Plaintiff's reply, if any, shall be filed on or before **March 22, 2021**.

IT IS SO ORDERED.

Dated:   **February 5, 2021**

UNITED STATES MAGISTRATE JUDGE