1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9
                        EASTERN DISTRICT OF CALIFORNIA
10
11   GRACE GARCIA,                          Case No. 1:20-cv-00373-SAB
12              Plaintiff,                   ORDER RE STIPULATION FOR AWARD
                                            OF ATTORNEY FEES
13        v.
                                            (ECF No. 27)
14   COMMISSIONER OF SOCIAL SECURITY,
15              Defendant.
16
17        Grace Garcia ("Plaintiff") filed the complaint in this action on March 11, 2020.  (ECF
18   No. 1.)  On April 12, 2018, the Court granted in part Plaintiff's social security appeal, remanded
19   the action for further proceedings, and entered judgment.  (ECF Nos. 25, 26.)  On July 13, 2021,
20   the parties filed a stipulation for the award of attorney fees in the amount of $8,176.14 pursuant
21   to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  (ECF No. 27.)  The award is
22   without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to
23   the offset provisions of the EAJA.  (Id.)
24   ///
25   ///
26   ///
27   ///
28   ///

                                            1

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $8,176.14.

IT IS SO ORDERED.

Dated:   **July 13, 2021**

UNITED STATES MAGISTRATE JUDGE